1  KILPATRICK TOWNSEND & STOCKTON LLP
2  DAVID K. CAPLAN (State Bar No. 181174)
   dcaplan@ktslaw.com
3  1801 Century Park East, Suite 2300
   Los Angeles, CA  90067
4  Telephone:     310-248-3830
   Facsimile:     310.860.0363
5

6  Attorneys for Petitioner
   American Lebanese Syrian Associated Charities, Inc.
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO

12

13 IN RE: DMCA SECTION 512(h)        Case No.: 3:25-mc-80341
   SUBPOENA TO REPLIT, INC.
14
                                      **AMERICAN LEBANESE SYRIAN
15                                    ASSOCIATED CHARITIES, INC.'S
                                      REQUEST TO THE CLERK FOR
16                                    ISSUANCE OF A SUBPOENA
                                      PURSUANT TO 17 U.S.C. § 512(h) TO
17                                    IDENTIFY ALLEGED INFRINGERS**

18

19
        Petitioner American Lebanese Syrian Associated Charities, Inc. ("ALSAC"), the
20
   organization that raises funds and awareness for St. Jude Children's Research Hospital, Inc. ("St.
21
   Jude"), by and through its undersigned counsel of record, hereby requests that the Clerk of this
22
   Court issue a subpoena directed to Replit, Inc. ("Replit") to identify an alleged infringer or
23
   infringers, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the
24
   "Subpoena"). A copy of the proposed Subpoena is attached hereto as Exhibit 2 to the Declaration
25
   of David K. Caplan ("Caplan Decl.").
26
        The requested subpoena relates to infringing material that ALSAC discovered on the
27
   websites <https://stjudeskids.com/>, <https://stjudes.life/>, and <https://stjudeakidshelp.life/> for
28

which ALSAC is informed and believes Replit is the Internet Service Provider. The infringing material includes, without limitation, unauthorized copies of copyrighted images from St. Jude's website. Upon information and belief, the reported sites prominently and repeatedly used ALSAC's copyrighted photographs without authorization in an attempt to pass themselves off as ALSAC and solicit donations, diverting funds away from ALSAC's charitable fundraising services of advancing cures for pediatric cancer and other diseases.

ALSAC has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

(1) ALSAC has submitted a copy of the notification required by 17 U.S.C. § 512(c)(3)(A). *See* Caplan Decl. ¶ 3, Ex. 1.

(2) ALSAC has submitted the proposed Subpoena concurrently herewith. *See* Caplan Decl. ¶ 5, Ex. 2.

(3) ALSAC has submitted a sworn declaration confirming that the purpose for which the Subpoena is sought is to obtain the identity of the alleged infringer or infringers, and that such information will only be used for the purpose of protecting rights under Title 17 U.S.C. § 512(h)(2). *See* Caplan Decl. ¶ 4.

Because ALSAC has complied with the statutory requirements, ALSAC respectfully requests that the Clerk expeditiously issue and sign the proposed Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to the undersigned counsel for service on the subpoena recipient.

DATED: October 30, 2025          Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: _____
DAVID K. CAPLAN

Attorneys for Petitioner American Lebanese Syrian Associated Charities, Inc.

AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES, INC.'S REQUEST FOR ISSUANCE OF A DMCA SECTION 512(H) SUBPOENA TO REPLIT, INC.

KILPATRICK TOWNSEND & STOCKTON LLP
1801 Century Park East, Suite 2300
Los Angeles, CA  90067
310-248-3830

- 2 -