1  KILPATRICK TOWNSEND & STOCKTON LLP
   DAVID K. CAPLAN (State Bar No. 181174)
2  dcaplan@ktslaw.com
3  1801 Century Park East, Suite 2300
   Los Angeles, CA  90067
4  Telephone:    310.248.3830
   Facsimile:    310.860.0363
5

6  Attorneys for Petitioner
   American Lebanese Syrian Associated Charities, Inc.
7

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                             SAN FRANCISCO

12

13
   IN RE: DMCA SECTION 512(h)          Case No.:   3:25-mc-80341
14 SUBPOENA TO REPLIT, INC.

15                                      **DECLARATION OF DAVID K.
                                        CAPLAN IN SUPPORT OF AMERICAN
16                                      LEBANESE SYRIAN ASSOCIATED
                                        CHARITIES, INC.'S REQUEST TO THE
17                                      CLERK FOR ISSUANCE OF A
                                        SUBPOENA PURSUANT TO 17 U.S.C.
18                                      § 512(h) TO IDENTIFY ALLEGED
                                        INFRINGERS
19

20

21

22              **DECLARATION OF DAVID K. CAPLAN**

23        I, David K. Caplan, declare as follows:

24        1.    I am a partner with the law firm of Kilpatrick Townsend & Stockton LLP, counsel

25 of record for Petitioner American Lebanese Syrian Associated Charities, Inc. ("ALSAC"), the

26 organization that raises funds and awareness for St. Jude Children's Research Hospital, Inc. ("St.

27 Jude").  I have personal knowledge of the facts contained herein and, if called upon to do so, could

28
   DECL. OF DAVID K. CAPLAN ISO AMERICAN LEBANESE
   SYRIAN ASSOCIATED CHARITIES, INC.'S REQUEST FOR
   ISSUANCE OF A DMCA SECTION 512(H) SUBPOENA TO          KILPATRICK TOWNSEND & STOCKTON LLP
   REPLIT, INC.                                            1801 Century Park East, Suite 2300 Los Angeles, CA
   - 1 -                                                                      310-248-3830

1    and would testify competently thereto.

2        2.    I submit this declaration in support of ALSAC's request for issuance to Replit, Inc.

3    ("Replit"), the Internet Service Provider for the websites <https://stjudeskids.com/>,

4    <https://stjudes.life/>, and <stjudeakidshelp.life>, of a subpoena pursuant to the Digital

5    Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512 (h) (the "Subpoena"), to identify one or

6    more alleged infringers whom ALSAC is informed and believes posted copies of copyrighted

7    images from St. Jude's website (the "Infringing Content") on systems operated by Replit without

8    ALSAC's authorization.

9        3.    On September 29, 2025, September 30, 2025, and October 27, 2025 ALSAC

10    submitted notifications via email identifying the Infringing Content on Replit's systems and

11    providing the information required by 17 U.S.C. § 512(c)(3)(A).  Attached hereto as **Exhibit 1** are

12    true and correct copies of the notifications sent to Replit.

13        4.    The purpose for which the Subpoena to Replit is sought is to obtain the identity of

14    the alleged infringer (or infringers) and such information will only be used for the purpose of

15    protecting rights under title 17 U.S.C. §§ 100, *et seq*.

16        5.    A true and correct copy of ALSAC's proposed Subpoena to Replit is attached hereto

17    as **Exhibit 2**.

18        I declare under penalty of perjury under the laws of the State of California and United

19    States of America that the foregoing is true and correct.

20        Executed on October 30, 2025, in Boston, Massachusetts.

21

22

23

24    _____
      David K. Caplan

25

26

27

28

DECL. OF DAVID K. CAPLAN ISO AMERICAN LEBANESE
SYRIAN ASSOCIATED CHARITIES, INC.'S REQUEST FOR
ISSUANCE OF A DMCA SECTION 512(H) SUBPOENA TO
REPLIT, INC.
- 2 -

KILPATRICK TOWNSEND & STOCKTON LLP
1801 Century Park East, Suite 2300 Los Angeles, CA
310-248-3830

# EXHIBIT 1

| From: | Caswell, Davis-Brooke |
|---|---|
| To: | "abuse@replit.com" |
| Cc: | Genteman, Crystal; 1516916 - UDRP ENFORCEMENT AGAINST STJUD... |
| Subject: | DMCA Notice: Copyright Infringement, Trademark Infringement and Fraud |
| Date: | Tuesday, September 30, 2025 9:19:31 AM |
| Attachments: | image003.png |
|  | image004.png |

Dear Replit,

Our firm represents American Lebanese Syrian Associated Charities, Inc. ("ALSAC"), the organization that raises funds and awareness for St. Jude Children's Research Hospital, Inc. ("St. Jude"). **We are writing to request that you suspend services to <stjudes.life> (the "Infringing Site") based on use of the associated website to impersonate/spoof St. Jude and fraudulently collect charitable donations intended to benefit St. Jude and its mission of advancing cures for pediatric cancer and other life-threatening diseases. Please consider this notice pursuant to the DMCA.**

*ALSAC's Rights*: ALSAC and St. Jude are the sole and exclusive owners of all right, title, and interest in the photographs, videos, and other content on display on its website, located at https://www.stjude.org/, including at https://www.stjude.org/donate/donate-to-st-jude.html, (collectively the "Works"). According to 17 U.S. Code § 102, Copyright protection subsists, in "original works of authorship fixed in any tangible medium of expression, now known or later developed, from which they can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device."

ALSAC also owns valuable intellectual property rights in the well-known ST. JUDE and related trademarks (the "ST. JUDE Marks), including U.S. Reg. Nos. 2151874, 2372268, 2830868, 2861618, 5731708, 6251803, and 6471340, among others. The ST. JUDE Marks have been used in connection with charitable fundraising services in the U.S. since as early as 1987.

ALSAC raises millions of dollars in donations annually in connection with the Works and ST. JUDE Marks – funds that are critical to ALSAC continuing its mission of providing lifesaving care, performing groundbreaking research, and making sure no family ever receives a bill from St. Jude for treatment, travel, housing, or food.

*Copyright Infringement*: We are writing to you as the hosting provider of <stjudes.life>. The reported site prominently and repeatedly uses ALSAC's copyrighted photographs (compare with https://www.stjude.org/donate/donate-to-st-jude.html) without authorization in an attempt to pass itself off as our client and solicit donations, **diverting funds away from our client's charitable fundraising services of advancing cures for pediatric cancer and other diseases**. As part of its fraudulent impersonation scheme, the Infringing Site also uses ALSAC's ST. JUDE Marks. Consumers encountering this site will falsely believe that it is in fact St. Jude and ALSAC, when that is not the case.



Such use of ALSAC's copyrighted Works, as well as its trademarks, is undoubtedly intended to deceive consumers into believing that the Infringing Site is offered, endorsed by, or associated with ALSAC and St. Jude, when that is not the case. Because the reported site solicits donations, consumers are likely to mistakenly make donations at the reported site, believing – wrongly – that they are donating to ALSAC or St. Jude, thus diverting funds from St. Jude and its life-saving mission.

To our knowledge, the operator of the Infringing Site has no legitimate interest in the Works, and is acting in bad faith, exploiting consumer trust and diverting funds away from our clients.

**To prevent further copyright infringement, we request that you permanently disable the Infringing Site.**

I have a good-faith belief that the use of the Works described above is not authorized by the copyright owner, or its agent, or the law.

I swear, under penalty of perjury, that the information in this notification is accurate and that I am authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.


Sincerely,

Davis-Brooke



Davis-Brooke Caswell
DbCaswell@ktslaw.com

Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6174 | **F** 404 541 3230
My Profile | vCard

| | |
|---|---|
| **From:** | Caswell, Davis-Brooke |
| **To:** | "abuse@replit.com" |
| **Cc:** | Genteman, Crystal; 1516916 - UDRP ENFORCEMENT AGAINST STJUD... |
| **Subject:** | DMCA Notice: Notice of Copyright Infringement, Trademark Infringement and Fraud |
| **Date:** | Monday, September 29, 2025 10:10:06 PM |
| **Attachments:** | image003.png |
| | image004.png |

Dear Replit,

Our firm represents American Lebanese Syrian Associated Charities, Inc. ("ALSAC"), the organization that raises funds and awareness for St. Jude Children's Research Hospital, Inc. ("St. Jude"). **We are writing to request that you suspend services to <stjudeskids.com> (the "Infringing Site") based on use of the associated website to impersonate/spoof St. Jude and fraudulently collect charitable donations intended to benefit St. Jude and its mission of advancing cures for pediatric cancer and other life-threatening diseases. Please consider this notice pursuant to the DMCA.**

*ALSAC's Rights*: ALSAC and St. Jude are the sole and exclusive owners of all right, title, and interest in the photographs, videos, and other content on display on its website, located at https://www.stjude.org/, including at https://www.stjude.org/donate/donate-to-st-jude.html, (collectively the "Works"). According to 17 U.S. Code § 102, Copyright protection subsists, in "original works of authorship fixed in any tangible medium of expression, now known or later developed, from which they can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device."

ALSAC also owns valuable intellectual property rights in the well-known ST. JUDE and related trademarks (the "ST. JUDE Marks), including U.S. Reg. Nos. 2151874, 2372268, 2830868, 2861618, 5731708, 6251803, and 6471340, among others. The ST. JUDE Marks have been used in connection with charitable fundraising services in the U.S. since as early as 1987.

ALSAC raises millions of dollars in donations annually in connection with the Works and ST. JUDE Marks – funds that are critical to ALSAC continuing its mission of providing lifesaving care, performing groundbreaking research, and making sure no family ever receives a bill from St. Jude for treatment, travel, housing, or food.

*Copyright Infringement*: We are writing to you as the hosting provider of <stjudeskids.com>. The reported site prominently and repeatedly uses ALSAC's copyrighted photographs (compare with https://www.stjude.org/donate/donate-to-st-jude.html) without authorization in an attempt to pass itself off as our client and solicit donations, **diverting funds away from our client's charitable fundraising services of advancing cures for pediatric cancer and other diseases**. As part of its fraudulent impersonation scheme, the Infringing Site also uses ALSAC's ST. JUDE Marks. Consumers encountering this site will falsely believe that it is in fact St. Jude and ALSAC, when that is not the case.



Such use of ALSAC's copyrighted Works, as well as its trademarks, is undoubtedly intended to deceive consumers into believing that the Infringing Site is offered, endorsed by, or associated with ALSAC and St. Jude, when that is not the case. Because the reported site solicits donations, consumers are likely to mistakenly make donations at the reported site, believing – wrongly – that they are donating to ALSAC or St. Jude, thus diverting funds from St. Jude and its life-saving mission.

To our knowledge, the operator of the Infringing Site has no legitimate interest in the Works, and is acting in bad faith, exploiting consumer trust and diverting funds away from our clients.

**To prevent further copyright infringement, we request that you permanently disable the Infringing Site.**

I have a good-faith belief that the use of the Works described above is not authorized by the copyright owner, or its agent, or the law.

I swear, under penalty of perjury, that the information in this notification is accurate and that I am authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.

Sincerely,

Davis-Brooke



Davis-Brooke Caswell
DbCaswell@ktslaw.com

Kilpatrick Townsend & Stockton LLP

1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528

**T** 404 815 6174 | **F** 404 541 3230

My Profile | vCard

**Caswell, Davis-Brooke**

| | |
|---|---|
| **From:** | Caswell, Davis-Brooke |
| **Sent:** | Monday, October 27, 2025 11:38 AM |
| **To:** | Arthur Alves (Support); security@replit.com |
| **Cc:** | Genteman, Crystal; 1516916 - UDRP ENFORCEMENT AGAINST STJUD… |
| **Subject:** | DMCA Notice: Copyright Infringement, Trademark Infringement and Fraud |
| **Attachments:** | Attachment A - St. Jude site showing girl in yellow dress photo.pdf |

**Re:    DMCA Notice: Copyright Infringement, Trademark Infringement and Fraud**

Dear Replit,

Our firm represents American Lebanese Syrian Associated Charities, Inc. ("ALSAC"), the organization that raises funds and awareness for St. Jude Children's Research Hospital, Inc. ("St. Jude"). **We are writing to request that you suspend services to <stjudeakidshelp.life> (the "Infringing Site") based on use of the associated website to impersonate/spoof St. Jude and fraudulently collect charitable donations intended to benefit St. Jude and its mission of advancing cures for pediatric cancer and other life-threatening diseases. Please consider this notice pursuant to the DMCA.**

*ALSAC's Rights*: ALSAC and St. Jude are the sole and exclusive owners of all right, title, and interest in the photographs, videos, and other content on display on its website, located at https://www.stjude.org/, including at https://www.stjude.org/donate/donate-to-st-jude.html (collectively the "Works" – *see* **Attachment A**). According to 17 U.S. Code § 102, Copyright protection subsists, in "original works of authorship fixed in any tangible medium of expression, now known or later developed, from which they can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device."

ALSAC also owns valuable intellectual property rights in the well-known ST. JUDE and related trademarks (the "ST. JUDE Marks), including U.S. Reg. Nos. 2151874, 2372268, 2830868, 2861618, 5731708, 6251803, and 6471340, among others. The ST. JUDE Marks have been used in connection with charitable fundraising services in the U.S. since as early as 1987.

ALSAC raises millions of dollars in donations annually in connection with the Works and ST. JUDE Marks – funds that are critical to ALSAC continuing its mission of providing lifesaving care, performing groundbreaking research, and making sure no family ever receives a bill from St. Jude for treatment, travel, housing, or food.

*Fraudulent and Infringing Activity*: We are writing to you as the hosting provider of <stjudeakidshelp.life>. The reported site prominently and repeatedly uses ALSAC's copyrighted photographs (compare with **Attachment A**) without authorization in an attempt to pass itself off as our client and solicit donations, **diverting funds away from our client's charitable fundraising services of advancing cures for pediatric cancer and other diseases**. As part of its fraudulent impersonation scheme, the Infringing Site also uses ALSAC's ST. JUDE Marks. Consumers encountering this site will falsely believe that it is in fact St. Jude and ALSAC, when that is not the case.



Such use of ALSAC's copyrighted Works, as well as its trademarks, is undoubtedly intended to deceive consumers into believing that the Infringing Site is offered, endorsed by, or associated with ALSAC and St. Jude, when that is not the case. Because the reported site solicits donations, consumers are likely to mistakenly make donations at the reported site, believing – wrongly – that they are donating to ALSAC or St. Jude, thus diverting funds from St. Jude and its life-saving mission.

To our knowledge, the operator of the Infringing Site has no legitimate interest in the Works, and is acting in bad faith, exploiting consumer trust and diverting funds away from our clients.

Based on the content on the site, it appears the operator is the same as the sites previously at <stiude.org>, <stjudesnetworks.com>, and <stjudekidsdonate.com>, which you removed in response to our notices.

**To prevent further fraud and copyright and trademark infringement, we request that you permanently disable the Infringing Site.**

I have a good-faith belief that the use of the Works described above is not authorized by the copyright owner, or its agent, or the law.

I swear, under penalty of perjury, that the information in this notification is accurate and that I am authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.


Sincerely,
Davis-Brooke



Davis-Brooke Caswell
DbCaswell@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6174 | **F** 404 541 3230
My Profile | vCard

'

---

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.
'

# Attachment A



ESPAÑOL

# Donate today to give them tomorrow



**Help kids today and in the future**
Your monthly gift makes our lifesaving work possible.

| Monthly | One-time |
|---------|----------|

| $20/mo | $25/mo | $50/mo | $100/mo | $500/mo |

| $ Other | monthly | USD |

☐ Dedicate your gift in honor or memory

☑ I'd like to receive emails from St. Jude

Total Donation: **$50 Monthly**

**PayPal**

🔲 Donate with another payment method

Country: **United States**. edit

We'll use your email to send you a receipt. View privacy policy

## Frequently asked questions

How does St. Jude use my online donation?              ⌄

How can I manage my monthly donation?                  ⌄

How do I make a donation in someone's name?            ⌄

Can my donation be matched by my employer?             ⌄

Are donations to St. Jude tax-deductible?              ⌄

✦ **You can give with confidence**

Charity Navigator, America's largest
independent charity evaluator, gives
St. Jude its highest rating.
We are also accredited with the Better



St. Jude patient **Sully**

☑ I'd like to receive emails from St. Jude

Total Donation: **$50 Monthly**



☐ Donate with another payment method

Country: **United States**. edit

We'll use your email to send you a receipt. View privacy policy

## Frequently asked questions

How does St. Jude use my online donation? ⌄

How can I manage my monthly donation? ⌄

How do I make a donation in someone's name? ⌄

Can my donation be matched by my employer? ⌄

Are donations to St. Jude tax-deductible? ⌄

 **You can give with confidence**

Charity Navigator, America's largest independent charity evaluator, gives St. Jude its highest rating.
We are also accredited with the Better Business Bureau.

 

**More ways to give**

**Donate by mail**

Donate by phone: 800-805-5856



*St. Jude patient Sully*

© Copyright 2025. St. Jude Children's Research Hospital, a not-for-profit, section 501(c)(3).


stjude.org

U.S. Privacy Notice    Disclaimer / Registrations / Copyright Statement    Linking Policy    Notice of Privacy Practices (HIPAA)    Ad Choices    Notice of Non-Discrimination

Price Transparency    Site Map    Consumer Health Privacy Notice    Your Opt-Out Rights

# EXHIBIT 2

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| American Lebanese Syrian Associated Charities, Inc. | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No. |
| | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:
Replit, Inc. ATTN: Legal Department, 1001 E. Hillsdale Blvd. 400W Foster City, CA 9449

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A.
Production to be served by November 24, 2025

| Place: Kilpatrick Townsend & Stockton LLP | Date and Time: |
|---|---|
| 2 Embarcadero Ctr, San Francisco, CA 94111 | 11/24/2025 5:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

| *CLERK OF COURT* | |
|---|---|
| | OR |
| _____ | _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
American Lebanese Syrian Associated Charities, Inc. _____, who issues or requests this subpoena, are:
David Caplan; 1801 Century Park East, Suite 2300; Los Angeles, CA 90067; dcaplan@ktslaw.com; 310.248.3830

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**
  **(A)** Appearance Not Required. A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** Objections. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**
  **(A)** When Required. On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** When Permitted. To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** Specifying Conditions as an Alternative. In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:
  **(A)** Documents. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** Form for Producing Electronically Stored Information Not Specified. If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** Electronically Stored Information Produced in Only One Form. The person responding need not produce the same electronically stored information in more than one form.
  **(D)** Inaccessible Electronically Stored Information. The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**
  **(A)** Information Withheld. A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** Information Produced. If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## ATTACHMENT A

1.      All information, including documents and electronic files, sufficient to identify the name(s), address(es), telephone number(s), e-mail address(es), and IP address(es) of the individual(s) who registered the domain: <stjudeskids.com>. Please see attached the submitted DMCA notice to Replit regarding this domain (Exhibit A).

2.      All information, including documents and electronic files, sufficient to identify the name(s), address(es), telephone number(s), e-mail address(es), and IP address(es) of the individual(s) who operates the website located at the domain: <stjudeskids.com>.

3.      All information, including documents and electronic files, sufficient to identify the name(s), address(es), telephone number(s), e-mail address(es), and IP address(es) of the individual(s) who registered the domain: <stjudes.life>. Please see attached the submitted DMCA notice to Replit regarding this domain (Exhibit B).

4.      All information, including documents and electronic files, sufficient to identify the name(s), address(es), telephone number(s), e-mail address(es), and IP address(es) of the individual(s) who operates the website located at the domain: <stjudes.life>.

5. All information, including documents and electronic files, sufficient to identify the name(s), address(es), telephone number(s), e-mail address(es), and IP address(es) of the individual(s) who registered the domain: <stjudeakidshelp.life>. Please see attached the submitted DMCA notice to Replit regarding this domain (Exhibit C).

6. All information, including documents and electronic files, sufficient to identify the name(s), address(es), telephone number(s), e-mail address(es), and IP address(es) of the individual(s) who operates the website located at the domain: <stjudeakidshelp.life>.

# EXHIBIT A

| | |
|---|---|
| **From:** | Caswell, Davis-Brooke |
| **To:** | "abuse@replit.com" |
| **Cc:** | Genteman, Crystal; 1516916 - UDRP ENFORCEMENT AGAINST STJUD... |
| **Subject:** | DCMA Notice: Notice of Copyright Infringement, Trademark Infringement and Fraud |
| **Date:** | Monday, September 29, 2025 10:10:06 PM |
| **Attachments:** | image003.png |
| | image004.png |

Dear Replit,

Our firm represents American Lebanese Syrian Associated Charities, Inc. ("ALSAC"), the organization that raises funds and awareness for St. Jude Children's Research Hospital, Inc. ("St. Jude"). **We are writing to request that you suspend services to <stjudeskids.com> (the "Infringing Site") based on use of the associated website to impersonate/spoof St. Jude and fraudulently collect charitable donations intended to benefit St. Jude and its mission of advancing cures for pediatric cancer and other life-threatening diseases. Please consider this notice pursuant to the DMCA.**

*ALSAC's Rights*: ALSAC and St. Jude are the sole and exclusive owners of all right, title, and interest in the photographs, videos, and other content on display on its website, located at https://www.stjude.org/, including at https://www.stjude.org/donate/donate-to-st-jude.html, (collectively the "Works"). According to 17 U.S. Code § 102, Copyright protection subsists, in "original works of authorship fixed in any tangible medium of expression, now known or later developed, from which they can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device."

ALSAC also owns valuable intellectual property rights in the well-known ST. JUDE and related trademarks (the "ST. JUDE Marks), including U.S. Reg. Nos. 2151874, 2372268, 2830868, 2861618, 5731708, 6251803, and 6471340, among others. The ST. JUDE Marks have been used in connection with charitable fundraising services in the U.S. since as early as 1987.

ALSAC raises millions of dollars in donations annually in connection with the Works and ST. JUDE Marks – funds that are critical to ALSAC continuing its mission of providing lifesaving care, performing groundbreaking research, and making sure no family ever receives a bill from St. Jude for treatment, travel, housing, or food.

*Copyright Infringement*: We are writing to you as the hosting provider of <stjudeskids.com>. The reported site prominently and repeatedly uses ALSAC's copyrighted photographs (compare with https://www.stjude.org/donate/donate-to-st-jude.html) without authorization in an attempt to pass itself off as our client and solicit donations, **diverting funds away from our client's charitable fundraising services of advancing cures for pediatric cancer and other diseases**. As part of its fraudulent impersonation scheme, the Infringing Site also uses ALSAC's ST. JUDE Marks. Consumers encountering this site will falsely believe that it is in fact St. Jude and ALSAC, when that is not the case.



Such use of ALSAC's copyrighted Works, as well as its trademarks, is undoubtedly intended to deceive consumers into believing that the Infringing Site is offered, endorsed by, or associated with ALSAC and St. Jude, when that is not the case. Because the reported site solicits donations, consumers are likely to mistakenly make donations at the reported site, believing – wrongly – that they are donating to ALSAC or St. Jude, thus diverting funds from St. Jude and its life-saving mission.

To our knowledge, the operator of the Infringing Site has no legitimate interest in the Works, and is acting in bad faith, exploiting consumer trust and diverting funds away from our clients.

**To prevent further copyright infringement, we request that you permanently disable the Infringing Site.**

I have a good-faith belief that the use of the Works described above is not authorized by the copyright owner, or its agent, or the law.

I swear, under penalty of perjury, that the information in this notification is accurate and that I am authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.

Sincerely,

Davis-Brooke



Davis-Brooke Caswell
DbCaswell@ktslaw.com

Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6174 | **F** 404 541 3230
My Profile | vCard

# EXHIBIT B

| | |
|---|---|
| **From:** | Caswell, Davis-Brooke |
| **To:** | "abuse@replit.com" |
| **Cc:** | Genteman, Crystal; 1516916 - UDRP ENFORCEMENT AGAINST STJUD... |
| **Subject:** | DMCA Notice: Copyright Infringement, Trademark Infringement and Fraud |
| **Date:** | Tuesday, September 30, 2025 9:19:31 AM |
| **Attachments:** | image003.png |
| | image004.png |

Dear Replit,

Our firm represents American Lebanese Syrian Associated Charities, Inc. ("ALSAC"), the organization that raises funds and awareness for St. Jude Children's Research Hospital, Inc. ("St. Jude"). **We are writing to request that you suspend services to <stjudes.life> (the "Infringing Site") based on use of the associated website to impersonate/spoof St. Jude and fraudulently collect charitable donations intended to benefit St. Jude and its mission of advancing cures for pediatric cancer and other life-threatening diseases. <span style="color:red">Please consider this notice pursuant to the DMCA.</span>**

*ALSAC's Rights*: ALSAC and St. Jude are the sole and exclusive owners of all right, title, and interest in the photographs, videos, and other content on display on its website, located at https://www.stjude.org/, including at https://www.stjude.org/donate/donate-to-st-jude.html, (collectively the "Works"). According to 17 U.S. Code § 102, Copyright protection subsists, in "original works of authorship fixed in any tangible medium of expression, now known or later developed, from which they can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device."

ALSAC also owns valuable intellectual property rights in the well-known ST. JUDE and related trademarks (the "ST. JUDE Marks), including U.S. Reg. Nos. 2151874, 2372268, 2830868, 2861618, 5731708, 6251803, and 6471340, among others. The ST. JUDE Marks have been used in connection with charitable fundraising services in the U.S. since as early as 1987.

ALSAC raises millions of dollars in donations annually in connection with the Works and ST. JUDE Marks – funds that are critical to ALSAC continuing its mission of providing lifesaving care, performing groundbreaking research, and making sure no family ever receives a bill from St. Jude for treatment, travel, housing, or food.

*Copyright Infringement*: We are writing to you as the hosting provider of <stjudes.life>. The reported site prominently and repeatedly uses ALSAC's copyrighted photographs (compare with https://www.stjude.org/donate/donate-to-st-jude.html) without authorization in an attempt to pass itself off as our client and solicit donations, **diverting funds away from our client's charitable fundraising services of advancing cures for pediatric cancer and other diseases**. As part of its fraudulent impersonation scheme, the Infringing Site also uses ALSAC's ST. JUDE Marks. Consumers encountering this site will falsely believe that it is in fact St. Jude and ALSAC, when that is not the case.



Such use of ALSAC's copyrighted Works, as well as its trademarks, is undoubtedly intended to deceive consumers into believing that the Infringing Site is offered, endorsed by, or associated with ALSAC and St. Jude, when that is not the case. Because the reported site solicits donations, consumers are likely to mistakenly make donations at the reported site, believing – wrongly – that they are donating to ALSAC or St. Jude, thus diverting funds from St. Jude and its life-saving mission.

To our knowledge, the operator of the Infringing Site has no legitimate interest in the Works, and is acting in bad faith, exploiting consumer trust and diverting funds away from our clients.

**To prevent further copyright infringement, we request that you permanently disable the Infringing Site.**

I have a good-faith belief that the use of the Works described above is not authorized by the copyright owner, or its agent, or the law.

I swear, under penalty of perjury, that the information in this notification is accurate and that I am authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.


Sincerely,

Davis-Brooke



Davis-Brooke Caswell
DbCaswell@ktslaw.com

Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6174 | **F** 404 541 3230
My Profile | vCard

# EXHIBIT C

**Caswell, Davis-Brooke**

| | |
|---|---|
| **From:** | Caswell, Davis-Brooke |
| **Sent:** | Monday, October 27, 2025 11:38 AM |
| **To:** | Arthur Alves (Support); security@replit.com |
| **Cc:** | Genteman, Crystal; 1516916 - UDRP ENFORCEMENT AGAINST STJUD... |
| **Subject:** | DMCA Notice: Copyright Infringement, Trademark Infringement and Fraud |
| **Attachments:** | Attachment A - St. Jude site showing girl in yellow dress photo.pdf |

Re:    DMCA Notice: Copyright Infringement, Trademark Infringement and Fraud

Dear Replit,

Our firm represents American Lebanese Syrian Associated Charities, Inc. ("ALSAC"), the organization that raises funds and awareness for St. Jude Children's Research Hospital, Inc. ("St. Jude"). **We are writing to request that you suspend services to <stjudeakidshelp.life> (the "Infringing Site") based on use of the associated website to impersonate/spoof St. Jude and fraudulently collect charitable donations intended to benefit St. Jude and its mission of advancing cures for pediatric cancer and other life-threatening diseases. <span style="color:red">Please consider this notice pursuant to the DMCA.</span>**

*ALSAC's Rights*: ALSAC and St. Jude are the sole and exclusive owners of all right, title, and interest in the photographs, videos, and other content on display on its website, located at https://www.stjude.org/, including at https://www.stjude.org/donate/donate-to-st-jude.html (collectively the "Works" – *see* **Attachment A**). According to 17 U.S. Code § 102, Copyright protection subsists, in "original works of authorship fixed in any tangible medium of expression, now known or later developed, from which they can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device."

ALSAC also owns valuable intellectual property rights in the well-known ST. JUDE and related trademarks (the "ST. JUDE Marks), including U.S. Reg. Nos. 2151874, 2372268, 2830868, 2861618, 5731708, 6251803, and 6471340, among others. The ST. JUDE Marks have been used in connection with charitable fundraising services in the U.S. since as early as 1987.

ALSAC raises millions of dollars in donations annually in connection with the Works and ST. JUDE Marks – funds that are critical to ALSAC continuing its mission of providing lifesaving care, performing groundbreaking research, and making sure no family ever receives a bill from St. Jude for treatment, travel, housing, or food.

*Fraudulent and Infringing Activity*: We are writing to you as the hosting provider of <stjudeakidshelp.life>. The reported site prominently and repeatedly uses ALSAC's copyrighted photographs (compare with **Attachment A**) without authorization in an attempt to pass itself off as our client and solicit donations, **diverting funds away from our client's charitable fundraising services of advancing cures for pediatric cancer and other diseases**. As part of its fraudulent impersonation scheme, the Infringing Site also uses ALSAC's ST. JUDE Marks. Consumers encountering this site will falsely believe that it is in fact St. Jude and ALSAC, when that is not the case.

1



Such use of ALSAC's copyrighted Works, as well as its trademarks, is undoubtedly intended to deceive consumers into believing that the Infringing Site is offered, endorsed by, or associated with ALSAC and St. Jude, when that is not the case. Because the reported site solicits donations, consumers are likely to mistakenly make donations at the reported site, believing – wrongly – that they are donating to ALSAC or St. Jude, thus diverting funds from St. Jude and its life-saving mission.

To our knowledge, the operator of the Infringing Site has no legitimate interest in the Works, and is acting in bad faith, exploiting consumer trust and diverting funds away from our clients.

Based on the content on the site, it appears the operator is the same as the sites previously at <stiude.org>, <stjudesnetworks.com>, and <stjudekidsdonate.com>, which you removed in response to our notices.

**To prevent further fraud and copyright and trademark infringement, we request that you permanently disable the Infringing Site.**

I have a good-faith belief that the use of the Works described above is not authorized by the copyright owner, or its agent, or the law.

I swear, under penalty of perjury, that the information in this notification is accurate and that I am authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.


Sincerely,
Davis-Brooke



Davis-Brooke Caswell
DbCaswell@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6174 | **F** 404 541 3230
My Profile | vCard

'

---

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.
'

# Attachment A



ESPAÑOL

# Donate today to give them tomorrow

**Help kids today and in the future**
Your monthly gift makes our lifesaving work possible.

| Monthly | One-time |
|---|---|

| $20/mo | $25/mo | $50/mo | $100/mo | $500/mo |
|---|---|---|---|---|

$ Other                                    monthly | USD

☐ Dedicate your gift in honor or memory
☑ I'd like to receive emails from St. Jude

Total Donation: **$50 Monthly**

**PayPal**

💳 Donate with another payment method

Country: **United States**. _edit_

We'll use your email to send you a receipt. View privacy policy

## Frequently asked questions

How does St. Jude use my online donation?          ⌄

How can I manage my monthly donation?              ⌄

How do I make a donation in someone's name?        ⌄

Can my donation be matched by my employer?         ⌄

Are donations to St. Jude tax-deductible?          ⌄

✦ **You can give with confidence**

Charity Navigator, America's largest
independent charity evaluator, gives
St. Jude its highest rating.
We are also accredited with the Better



St. Jude patient **Sully**



☑ I'd like to receive emails from St. Jude

Total Donation: **$50 Monthly**

**PayPal**

💳 Donate with another payment method

Country: **United States**. edit

We'll use your email to send you a receipt. View privacy policy

## Frequently asked questions

How does St. Jude use my online donation? ⌄

How can I manage my monthly donation? ⌄

How do I make a donation in someone's name? ⌄

Can my donation be matched by my employer? ⌄

Are donations to St. Jude tax-deductible? ⌄

 **You can give with confidence**

Charity Navigator, America's largest independent charity evaluator, gives St. Jude its highest rating.
We are also accredited with the Better Business Bureau.

 

**More ways to give**

**Donate by mail**

Donate by phone: 800-805-5856

*St. Jude patient Sully*


stjude.org

© Copyright 2025. St. Jude Children's Research Hospital, a not-for-profit, section 501(c)(3).

U.S. Privacy Notice    Disclaimer / Registrations / Copyright Statement    Linking Policy    Notice of Privacy Practices (HIPAA)    Ad Choices    Notice of Non-Discrimination

Price Transparency    Site Map    Consumer Health Privacy Notice    Your Opt-Out Rights

Document title: Online Donations - St. Jude Children's Research Hospital
Capture URL: https://www.stjude.org/donate/donate-to-st-jude.html
Capture timestamp (UTC): Fri, 26 Sep 2025 19:04:17 GMT